UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC DRAW and RODNEY RICKS,

        Plaintiffs,

v.                                                                  Case No. 04-73940
                                                                   Hon. Victoria A. Roberts

CITY OF LINCOLN PARK, WILLIAM KISH,
JOSEPH LAVIS, DOUGLAS MUNCEY,
and MOHAMED NASSER,

        Defendants.
_____

## **JUDGMENT**

        This matter came before the Court on Cross Motions For Summary Judgment. The Court granted Defendants' Motions for Summary Judgment and denied Plaintiff's Motion for Summary Judgment on July 5, 2006.

        Accordingly, the Court awards judgment in Defendants' favor and against Plaintiffs.

        **IT IS SO ORDERED.**

                                                  **S/Victoria A. Roberts**
                                                  **Victoria A. Roberts**
                                                  **United States District Judge**

**Dated: July 5, 2006**

> **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 5, 2006.**
>
> **S/Carol A. Pinegar**
> **Deputy Clerk**